IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

BANILLA GAMES, INC. and GROVER GAMING, INC.,

        Plaintiffs,

v.

USA ONE STOP 1 LLC,

        Defendant.

Civil Action No. 1:23-CV-00019-JPJ-PMS

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff, Grover Gaming, Inc. ("**Grover**"), by counsel, hereby moves the Court for a default judgment against Defendant USA One Stop 1 LLC ("**USA One Stop**" or, the "**Defendant**") on the grounds that Defendant has failed to answer or otherwise defend the Complaint, and Grover is entitled to judgment as a matter of law against Defendant.

Accordingly, Grover seeks judgment against Defendant for: (i) maximum statutory damages in its favor against USA One Stop, pursuant to 17 U.S.C. § 504(c)(2), in the amount of up to $150,000.00, representing USA One Stop's unauthorized and willful use of Grover's Copyrighted Work, as defined in Plaintiffs' Complaint, in at least one (1) instance; (ii) a permanent injunction enjoining and restraining Defendant and its agents, employees, attorneys, and all those in active concert or participation with USA One Stop, from Defendant's continued use, publication, and display of the Copyrighted Work; (iii) a permanent injunction enjoining Defendant and its agents, employees, attorneys, and all those in active concert or participation with USA One Stop, from Defendant's continued deceptive practices, including marketing or passing off the Illicit Games in interstate commerce; (iv) a permanent injunction enjoining Defendant and

its agents, employees, attorneys, and all those in active concert or participation with USA One Stop, from Defendant's use of the Illicit Games; (v) entry of an order pursuant to 17 U.S.C. § 503(a) enjoining Defendant and its agents, employees, attorneys, and all those in active concert or participation with USA One Stop, requiring the immediate delivery of the Illicit Games violating Grover's Copyrighted Work to the Court for impoundment, together with an accounting to be provided to Grover, of: (a) the number of such Illicit Games in Defendant's possession, custody, or control; (b) where each Illicit Game was found; (c) the identity of the individual or individuals having possession, custody or control of each Illicit Game at the time it was found; and (d) a sworn explanation of how each Illicit Game was obtained, duplicated, or distributed, including the identity of all persons involved in such activity for each Illicit Game; (vi) entry of an order directing Defendant to deliver up to Grover for destruction all products, advertisements, promotional materials, packaging, and other items in his possession or under his control bearing the Copyrighted Work, or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, pursuant to 17 U.S.C. § 503(b); (vii) an award of Grover's attorneys' fees and costs in the amount of $7,427.75; (viii) an award of pre-judgment interest from April 24, 2023, and post-judgment interest in the amount allowed by law; and (ix) such other and further relief as this Court may deem just and proper.

   The reasons in support of this Motion are set out in Plaintiff's Memorandum of Support, the Declaration of counsel, and the pleadings and record herein.

Dated:  October 26, 2023

BANILLA GAMES, INC. and GROVER GAMING, INC.

   /s/ Robert N. Drewry
Stephen M. Faraci, Sr., Esquire (VSB #42748)
Robert N. Drewry, Esquire (VSB #91282)
WHITEFORD, TAYLOR & PRESTON, LLP
1021 E. Cary Street, Suite 1700
Richmond, Virginia 23219
Telephone:	(804) 977-3307
Facsimile:	(804) 977-3298
E-Mail:	sfaraci@whitefordlaw.com
E-Mail:	rdrewry@whitefordlaw.com

Robert Wm. Best, Esquire (VSB #72077)
WHITEFORD, TAYLOR & PRESTON, LLP
249 Central Park Avenue, Suite 300
Virginia Beach, Virginia 23462
Telephone:	(757) 271-9752
Facsimile:	(757) 271-9737
E-Mail:	rbest@whitefordlaw.com

*Counsel for Plaintiffs, Banilla Games, Inc. and Grover Gaming, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2023, I electronically filed this *Plaintiff's Motion for Default Judgment* with the Clerk of the Court using the CM/ECF system. I also hereby certify that I have served a copy of the foregoing by United States Mail, First Class, Postage Prepaid, to the following:

USA ONE STOP 1 LLC
C/O Kamdan Abdul Hakim Al-Hisaini, Registered Agent
125 Holston Road
Wytheville, Virginia 24382
kamalhusaini3@gmail.com

                                            /s/ Robert N. Drewry
                                                           Counsel