IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| BANILLA GAMES, INC. and GROVER GAMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> USA ONE STOP 1 LLC, <br><br> Defendant. | Civil Action No. 1:23-CV-00019-JPJ-PMS |

**DEFAULT JUDGMENT AND ORDER**

Upon consideration of the *Plaintiff's Motion Default Judgment* (the "**Motion**"), filed by Plaintiff's counsel, and the Court having considered the Motion and the Complaint, as defined therein; and due and proper notice of the Motion having been given; and service of the Complaint and Summons in this matter, having been proper; and it appearing that sufficient cause exists for granting the relief requested; it is hereby,

**ORDERED** that the Motion, ECF No. 18, is granted as to the Plaintiff, Grover Gaming, Inc.; and it is further

**ORDERED** that the Defendant, USA One Stop 1 LLC is liable to Plaintiff in the amount of $25,000.00; and it is further

**ORDERED** that the Defendant, USA One Stop 1 LLC is liable to the Plaintiff in the amount of $7,427.75 for Plaintiff's Attorneys' Fees and Costs; and it is further

**ORDERED**, that judgment is hereby entered against Defendant USA One Stop 1 LLC in the amount of $25,000.00, plus pre-judgment interest from April 24, 2023, and post-judgment interest in the amount allowed by law; and it is further

**ORDERED**, that judgment is hereby entered against Defendant USA One Stop 1 LLC in the amount of $7,427.75 for Plaintiff's fees and costs; and it is further

**ORDERED**, that Defendant, USA One Stop 1 LLC, and each of its agents, employees, attorneys, and all those in active concert or participation, are hereby permanently enjoined from:

    a.    The continued use, publication, and display of the Copyrighted Work, as defined in the Complaint;

    b.    The continued deceptive practices, including marketing or passing off the Illicit Games, as defined in the Complaint, in interstate commerce; and

    c.    The use of the Illicit Games; and it is further

**ORDERED**, that Defendant, USA One Stop 1 LLC, and each of its agents, employees, attorneys, and all those in active concert or participation, are hereby directed to deliver up for destruction to Plaintiff all products, advertisements, promotional materials, packaging, and other items in his possession or under his control bearing the Copyrighted Work, or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, including the Illicit Games, pursuant to 17 U.S.C. § 503(b); and it is further

**ORDERED** that this Court finds that there is no reason for delay and that the judgment entered herein is final.

The Clerk is directed to file a copy of this Order electronically and notify the parties and all counsel of record. The Clerk shall close the case.

**SO ORDERED** on this 27th day of October 2023.

                                                                          James P. Jones
                                                                          Senior United States District Judge